UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PRONCELL FOSTER,

        Plaintiff,                      No. C 07-4449 PJH (PR)

  v.                                   **ORDER OF TRANSFER**

Correctional Officers S. BERRY and ARRENDONDO,

        Defendants.

      This is a civil rights case brought pro se by a state prisoner. The acts complained of occurred at California State Prison-Los Angeles County, in Lancaster, California, which lies within the venue of the United States District Court for the Central District of California. Defendants, who are prison employees, appear to reside there as well. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

      This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). In view of the transfer, the court will not rule upon plaintiff's request for leave to proceed in forma pauperis.

      **IT IS SO ORDERED.**

Dated:. August 31, 2007.

                                                  PHYLLIS J. HAMILTON
                                                  United States District Judge

G:\PRO-SE\PJH\CR.07\proncell4449.trn.wpd